UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-01484 ADS                                                                 Date: October 16, 2025

Title: _Daniel Williams v. City of Garden Grove, et al._

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|       Kristee Hopkins       |       None Reported       |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
          None Present                                                      None Present

**Proceedings:      (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On July 8, 2025, Plaintiff filed a Complaint. (Dkt No. 1.) A Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent was issued on July 15, 2025. (Dkt. No. 4.) A Summons was issued on October 1, 2025. (Dkt. No. 6.) Federal Rule of Civil Procedure 4(m) requires a defendant be served within 90 days after a complaint is filed. Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent within 14 days of service. C.D. Cal. L. R. 4-6. To date, Plaintiff has not filed a proof of service.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Plaintiff must file a written response no later than **October 23, 2025.** Filing a proof of service that shows completed service upon defendants of the Summons, Complaint, and Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh